AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

In the Matter of the Search of
*a Black Lacoste Crossbody Bag; Currently stored at the Tulsa Police Department Property Room located at 1111 W 17th Street, Tulsa, Oklahoma*

Case No. 26-mJ-280-SH

**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Oklahoma *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before April 17, 2026 *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Susan E. Huntsman.
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
☐ for ______ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ______________.

Date and time issued: 4/3/26 at 1:30 pm

[signature]
*Judge's signature*

City and state: Tulsa, Oklahoma

Susan E. Huntsman, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-280-SH | 4/13/2026 9:05 | the bag at |

Inventory made in the presence of : Lacy Lansdown

Inventory of the property taken and name of any person(s) seized:

1. Vape Nerd Bar
2. 1/2 of a tan pill
3. 1/4 of a tan pill

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/13/2026

[signature]
*Executing officer's signature*

Special Agent Brandon Schmidt
*Printed name and title*

**ATTACHMENT A**

**Property to be Searched**

This warrant applies to the black Lacoste crossbody bag located at the Tulsa Police Department Property Room, 1111 W 17th Street, Tulsa, Oklahoma and is pictured below:



# ATTACHMENT B

## Particular Things to be Seized

All items that constitute evidence and instrumentalities of violations of Title 18, United States Code §§ 1151, 1153, and 1111 (First Degree Murder in Indian Country), including:

a. Papers or documents bearing a form of identification such as a person's name, photograph, social security number, or driver's license number which tend to show control over the bag;

b. Any and all documents related to the crime of murder;

c. Any and all controlled substances;

d. Any electronic cigarette, and

e. Any whole or partial pills.